## (October 19, 1943.)

In the Matter of IRVING STEINBERG, Appellant, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, Respondents, and ALBERT A. ARDITTI, Intervener, Respondent.* —

Hagarty, Carswell, Johnston, Adel and Taylor, JJ., concur.

## (October 20, 1943.)

In the Matter of LOUIS P. GOLDBERG et al., Individually and as Candidates of the American Labor Party, Kings County, for the Offices of City Councilmen of the City of New York, Respondents, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents, and RICHARD MAZZA et al., Appellants.† —

No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

## (October 25, 1943.)

BENNETT JUNIOR COLLEGE, Respondent, v. RALPH R. LUDDECKE et al., Appellants. —

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.